No. 99, Misc. CEPERO *v.* PAN AMERICAN AIRWAYS, INC., *ante,* p. 854. Rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

NOVEMBER 7, 1956.

No. 433. McGOWEN *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Elmer Ware Stahl* for petitioner.